CHARLES U. WING, Respondent, *v.* BELNADO DE LA RIONDA
et al., Appellants.

(Submitted April 27, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the City Court
of Brooklyn, made March 26, 1891, which affirmed an order

of Special Term directing payment of an extra allowance as part of the costs to be paid for a new trial in an action of ejectment under section 1525 of the Code of Civil Procedure.

*Oliver J. Wells* and *G. E. Waldo* for appellants.

*Charles H. Otis* and *Edward M. Shepard* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.